UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPCP GROUP, LLC,

    Appellant,

v().    Lead Case No.  8:10-cv-2381-T-24

JAMES JOHN BIGGINS,

    Appellee.
_____/

SPCP GROUP, LLC,

    Appellant,

v.    Case No.  8:10-cv-2384-T-24

KRISTIN R. BIGGINS,

    Appellee.
_____/

SPCP GROUP, LLC,

    Appellant,

v.    Case No.  8:10-cv-2386-T-24

KIMBERLY RAE NORTON a/k/a
Kimberly Rae Biggins,

    Appellee.
_____/

SPCP GROUP, LLC,

    Appellant,

v.                             Case No.  8:11-cv-33-T-24

MICHAEL BIGGINS and
ELIZABETH BIGGINS,

    Appellees.
_____/

SPCP GROUP, LLC,

    Appellant,

v.                             Case No.  8:11-cv-34-T-24

JAMES E. BIGGINS and
SHIRLEY R. BIGGINS,

    Appellees.
_____/

## **ORDER**

   This cause comes before the Court on Appellees' Second Motion for Transfer and Consolidation (Doc. 21) and Appellant's Motion to Consolidate Cases and Briefs and Response and Agreement with Appellees' Second Motion for Transfer and Consolidation (Doc. 23).  The parties request this Court to (1) transfer bankruptcy appeals *SPCP Group, LLC v. Michael Biggins and Elizabeth Biggins*, case number 8:11-cv-33-T-24 and *SPCP Group, LLC v. James E. Biggins and Shirley R. Biggins*, case number 8:11-cv-34-T-24 to Judge Bucklew and (2) consolidate the aforementioned bankruptcy appeals with lead case *SPCP Group, LLC v. James John Biggins*, case number 8:10-cv-2381-T-24.

To date, *SPCP Group, LLC v. Michael Biggins and Elizabeth Biggins*, case number 8:11-cv-33-T-24 and *SPCP Group, LLC v. James E. Biggins and Shirley R. Biggins*, case number 8:11-cv-34-T-24 have been transferred to Judge Bucklew from the Honorable James S. Moody, Jr. and Honorable James D. Whittemore, respectively.  Therefore, upon consideration of the instant motions and the underlying bankruptcy record, the Court finds that:

It is ORDERED AND ADJUDGED that:

(1) Appellees' Motion for Transfer and Consolidation (Doc. 21) and Appellant's Motion to Consolidate Cases and Briefs (Doc. 23) are GRANTED to the extent that case numbers 8:11-cv-33-T-24 and 8:11-cv-34-T-24 are hereby consolidated with 8:10-cv-2381-T-24;

(2) Case number 8:10-cv-2381-T-24 will be the lead case number, and all further pleadings will be filed therein; and

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** case 8:11-cv-33-T-24 and 8:11-cv-34-T-24.

(4) Appellant is directed to file a consolidated initial brief by February 9, 2011.

(5) Appellees are directed to file a consolidated answer brief by February 23, 2011.

(6) Appellant may file a consolidated reply brief by March 9, 2011.

(7) The parties are directed to file their briefs in accordance with Bankruptcy Rule 8010(c), which provides that "principal briefs shall not exceed 50 pages, and reply briefs shall not exceed 25 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material."  Fed. R. Bankr. P. §8010(c).

**DONE AND ORDERED** at Tampa, Florida, this 19th day of January, 2011.

Copies to:
Counsel of Record

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge